**EXHIBIT 1**

**PAYMENTS TO DOUGLAS E. STOUT D/B/A D & S CIVIL CONTRACTING LLC**
<u>**BY BDC GROUP, INC.**</u>

06.08.23        $16,145.60        ACH Payment from BDC Bank account,
                                  recorded as BDC Group Check #4106