**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor.<br>______________________________<br><br>RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS E. STOUT, INDIVIDUALLY, and D/B/A D & S CIVIL CONTRACTING LLC,<br><br>Defendants. | Chapter 7 Bankruptcy<br>Case No. 23-00484<br><br>Adversary Case No. 25-09036<br><br>**ORDER ENTERING DEFAULT JUDGMENT AS TO DEFENDANT DOUGLAS E. STOUT, INDIVIDUALLY** |

The matter before the Court is the Plaintiff / Trustee's *Motion for Default Judgment as to Defendant Douglas E. Stout, Individually* (Dkt. No. 5) filed on August 12, 2025, in the above-captioned proceeding. The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that judgment be entered against Defendant Douglas E. Stout in the amount of $16,145.60.

DATED AND ENTERED:

August 13, 2025

Thad J. Collins
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010

LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com