jdgfrm 5/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.
Debtor

Chapter 7

Bankruptcy No. 23−00484

---

Renee K. Hanrahan
in her sole capacity as Trustee
Plaintiff

vs.

Adversary No. 25−09036

Douglas E Stout
Douglas E Stout d/b/a D & S Civil Contracting LLC
Defendant

## JUDGMENT

The issues of this matter were considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, and a decision was reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED:**

that judgment be entered against Defendant Douglas E. Stout in the amount of $16,145.60.

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Date of Issuance: August 13, 2025

Deputy Clerk