**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor.<br>__________________________<br><br>RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS E. STOUT, INDIVIDUALLY, and D/B/A D & S CIVIL CONTRACTING LLC,<br><br>Defendants. | Chapter 7 Bankruptcy<br>Case No. 23-00484<br><br>Adversary Case No. 25-09036<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE AS TO DOUGLAS E. STOUT D/B/A D & S CIVIL CONTRACTING LLC (ONLY)** |

COMES NOW Renee Hanrahan ("Plaintiff Trustee"), by and through her counsel, and files this *Notice Of Dismissal Of Adversary Proceeding With Prejudice As To Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only)* commenced by the filing of a Complaint herein on May 28, 2025, pursuant to Federal Rule of Bankruptcy Procedure 7041 (adopting Federal Rule of Civil Procedure 41(a)(1)(A)(ii)). *See Complaint* (Docket No. 1); *see also* Fed. R. Bankr. Pro. 7041; Fed. R. Civ. Pro. 41(a)(1). Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

On August 13, 2025, the Plaintiff Trustee filed a *Motion for Default Judgment as to Defendant Douglas E. Stout, Individually* (Docket No. 5), and a Motion for Clerk's Entry of Default *as to Defendant Douglas E. Stout, Individually* (Docket No. 6).

The *Clerk's Entry of Default as to Douglas E. Stout, Individually* (Docket No. 7*), Order Granting the Motion For Default Judgment as to Douglas E Stout, Individually* (Docket No. 9), and

*Judgment as to as to Douglas E. Stout, Individually* (Docket No. 10) were all entered on August 13, 2025.

Accordingly, the Plaintiff Trustee does hereby DISMISS this proceeding WITH PREJUDICE As To Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only). Each party shall bear their own costs and fees, including all attorney fees.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Elizabeth M. Lally*
Elizabeth M. Lally, AT0013010
LALLY LEGAL GROUP LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
E-mail: elally@lally-legal.com

ATTORNEY FOR PLAINTIFF TRUSTEE

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, on December 2, 2025, a true and correct copy of the forgoing *Notice Of Dismissal Of Adversary Proceeding With Prejudice As To Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only*) was electronically filed with the Clerk of Court using the U.S. Bankruptcy Court, Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this adversary proceeding.

I further certify that on December 2, 2025, a true and correct copy of the forgoing *Notice Of Dismissal Of Adversary Proceeding With Prejudice As To Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only*) was served via first-class United States Mail, postage prepaid to the following parties who have neither appeared or consented to electronic service:

Douglas E. Stout
1270 Country Club Dr.
Marion, IA 52302

Douglas E. Stout d/b/a D & S Civil Contracting LLC
C/O Registered Agent, Douglas E. Stout
1270 Country Club Dr.
Marion, IA 52302

Douglas E. Stout d/b/a D & S Civil Contracting LLC
C/O President or Next Highest Officer Found
1270 Country Club Dr.
Marion, IA 5230